IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAWSON KEITH PILGRIM                                                                PLAINTIFF

VS.                                           4:05CV00522

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, STATE FARM
LIFE INSURANCE COMPANY, STATE FARM
FIRE & CASUALTY COMPANY, STATE
FARM GENERAL INSURANCE COMPANY,
and MARSHA PATTERSON                                                             DEFENDANTS

## ORDER

Pending is the motion filed by Plaintiff's attorneys to withdraw. (Docket # 117). The Clerk of the Court is directed to file this motion under seal. Following an in camera hearing conducted on this date, the Court finds that the motion should be, and hereby is, GRANTED.

Robert M. McHenry, Donna Wolfe McHenry and Gregory D. Taylor are hereby relieved as counsel for Plaintiff. Plaintiff will be allowed sixty (60) days in which to obtain substitute counsel. If additional time is needed, Plaintiff is directed to file a motion to extend the time with the Court.

Plaintiff's motion for an extension of time in which to respond to the pending motion to exclude Plaintiff's proposed expert witness and motion for summary judgment is GRANTED. (Docket # 116). The Court will set a new deadline for these responses following the entry of appearance of Plaintiff's new counsel.

The case will be removed from the trial docket the week of October 30, 2006. The hearing scheduled on October 19, 2006 is cancelled. The Court will issue an amended scheduling order following the entry of appearance of Plaintiff's new counsel.

IT IS SO ORDERED this 12th day of October, 2006.


                                                                                       _____
                                                                                       James M. Moody
                                                                                      United States District Judge