UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LAWSON KEITH PILGRIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:05CV00522 JMM |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, STATE FARM | ) | |
| LIFE INSURANCE COMPANY, STATE FARM | ) | |
| FIRE & CASUALTY COMPANY, STATE | ) | |
| FARM GENERAL INSURANCE COMPANY, | ) | |
| and MARSHA PATTERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS**

COME NOW Defendants State Farm Mutual Automobile Insurance Company, State Farm Life Insurance Company, State Farm Fire & Casualty Company, and State Farm General Insurance Company (collectively "State Farm"), and Marsha Patterson ("Patterson"), by and through their attorneys, and move to dismiss with prejudice the entirety of plaintiff's First Amended Complaint.  In support of this motion to dismiss, Defendants State Farm and Patterson state that all parties to this action have signed a Joint Stipulation of Dismissal, attached hereto as Exhibit 1  (*See* Joint Stipulation of Dismissal, "Exhibit 1").  Additionally, Defendants State Farm and Patterson have addressed and satisfied all attorneys' liens of plaintiff's former attorneys, Robert M. McHenry, P.A., Donna McHenry, P.A., and Gregory D. Taylor, P.A., of McHenry, McHenry & Taylor, 8210 Henderson Road, Little Rock, Arkansas 72210.

**CONCLUSION**

For the reasons set forth herein, Defendants State Farm and Patterson respectfully request that the Court dismiss with prejudice the entirety of plaintiff's First Amended Complaint.

Respectfully submitted,

BRYAN CAVE LLP


By:   /s/ Jerry M. Hunter
      Jerry M. Hunter, Ark. Bar No. 77168
      One Metropolitan Square
      211 N. Broadway, Suite 3600
      St. Louis, Missouri 63102-2750
      (314) 259-2000
      (314) 259-2020 (facsimile)

Attorneys for Defendants


## CERTIFICATE OF SERVICE

     I hereby certify that on December 13, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's Electronic Filing system upon the following:

      Robert M. McHenry, P.A.
      Gregory D. Taylor, P.A.
      McHenry, McHenry & Taylor
      8210 Henderson Road
      Little Rock, Arkansas   72210


      /s/ Jerry M. Hunter