**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LAWSON KEITH PILGRIM**                                                              **PLAINTIFF**

VS.                                                    **4:05CV00522**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, STATE FARM**
**LIFE INSURANCE COMPANY, STATE FARM**
**FIRE & CASUALTY COMPANY, STATE**
**FARM GENERAL INSURANCE COMPANY,**
**and MARSHA PATTERSON**                                                              **DEFENDANTS**

## ORDER

Pending is Defendants' motion to dismiss to which the parties have attached a joint stipulation of dismissal. (Docket # 125). The parties have reached a settlement of this action, accordingly, Defendants' motion to dismiss is granted. Plaintiff's complaint is hereby dismissed with prejudice, all parties to bear their own costs. All pending motions are denied as moot. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of December, 2006.

_____
James M. Moody
United States District Judge